UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

            U.S.A.

            -V-               :

        Rahim Jackson

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                              #08  CR 949 (JFK)

A conference on a violation of supervised release is set Wednesday,

May 5, 2021 at 11:00 a.m. in person in Courtroom 20-C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-16-21

             SO ORDERED.

Dated:  New York, New York

             4-16-21

                        _____
                           JOHN F. KEENAN
              United States District Judge