UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
U.S.A.

    -v-

Jackson
-------------------------------X

# 08-cr-949 (JFK)

The conference in this case is adjourned from September 8, 2021 to September 9, 2021 at 11:30 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

8-27-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-21