UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-                                              #08 CR 949 (JFK)

        Jackson

---------------------------------X

The Court grants the defense request for an adjournment (Doc.# 42).

The conference in this case is adjourned from September 9, 2021 to **November 3, 2021** **at 11:00 a.m.** in Courtroom 20-C

                    SO ORDERED.

Dated:  New York, New York
         9-8-21

                                     JOHN F. KEENAN
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-8-21