UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

         -V-

       Jackson

----------------------------------------------X

#08 CR 949 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-21

The VOSR sentencing in this case, set for Wednesday, December 15, 2021, has been rescheduled from 11:00 a.m. to **11:15 a.m.**, in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

12-2-21

_____
JOHN F. KEENAN
United States District Judge