UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-21

-v-

Rahim Jackson

-------------------------------X

# 08 CR 949 (JFK)

The conference in this case is adjourned from December 15 at 11:15 a.m. to December 15, 2021 at 12 p.m. in Courtroom 20-C

SO ORDERED.

Dated:   New York, New York
         12-10-21

_____
JOHN F. KEENAN
United States District Judge